IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-00037-RM-MEH

JABARI J. JOHNSON,

    Plaintiff,

v.

GILES,
TONCHIE,
CARPENTAR,
BOOTH,
CAPTAIN WILLIAM SCOTT, and
NURSE VICTORIA RALLENS,

    Defendants.

## ORDER

This matter is before the Court on the August 9, 2021 Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 166) to dismiss, without prejudice, the claims against Defendant Rallens. The Recommendation was based on Fed. R. Civ. P. 4(m) (failure to serve and prosecute this case against Rallens) and 41(b) (addressing involuntary dismissals). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 166, at 5.) Despite this advisement, no objections to the Recommendation have been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Hegarty's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

Based on the foregoing, the Court:

(1)     ACCEPTS the Magistrate Judge's Recommendation (ECF No. 166); and

(2)     DISMISSES the claims against Defendant Rallens without prejudice.

DATED this 2nd day of September, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge